IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| **WATERWATCH OF OREGON,** | Civ. No. 1:13-cv-00655-CL |
| Plaintiff, | |
| v. | **ORDER** |
| **THE JEANETTE D. CRUME TRUST, SHARON KEETON, STEVE KEETON, RODNEY CRUME, and RONALD L. CRUME** | |
| Defendants. | |

CLARKE, Magistrate Judge.

Based on a motion to dismiss and stipulation by the parties (#26), this case is voluntarily dismissed, with prejudice.

DATED this 28 day of August, 2015.

_____
MARK D. CLARKE
United States Magistrate Judge

Page 1 – JUDGMENT